UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. CR 14-219 DSD

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) INFORMATION |
| | ) 18 U.S.C. § 641 |
| ROGER LEE FEDDERLY, | ) |
| Defendant. | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Theft of Government Funds)

Beginning in or about February 2007 and continuing through in or about December 2009, in the State and District of Minnesota, the defendant,

**ROGER LEE FEDDERLY**,

did willfully and knowingly steal and convert to his use money of the Social Security Administration, a department or agency of the United States, namely, Retirement, Survivor, Disability, and Insurance (RSDI) benefits, to which he knew he was not entitled, having a value of approximately $42,872.90, all in violation of Title 18, United States Code, Section 641.

Dated: July 1, 2014

ANDREW M. LUGER
United States Attorney

BY: DEIDRE Y. AANSTAD
Assistant U.S. Attorney
Attorney ID No. 0331788


SCANNED
JUL 02 2014
U.S. DISTRICT COURT MPLS